■ In the Matter of WILLIAM F. LISNERSKI, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner.—Resignation accepted and name stricken from roll of attorneys. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ In the Matter of HORTON.—Motion for poor person relief denied. Memorandum: The order is not appealable as of right (see, Family Ct Act § 1112 [b]). Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.

■ WILBERT HOLLER, Plaintiff, v LAWRENCE WARDELL, Defendant and Third-Party Plaintiff-Appellant. C. DAVID JANKE, Third-Party Defendant-Respondent.—Motion to dismiss appeal denied. Memorandum: Respondent has not shown that he has served appellant with a notice of entry of the judgment appealed from (see, CPLR 5513 [a]). Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.

■ CROUSE-IRVING MEMORIAL HOSP., INC., Respondent, v DAVID AXELROD et al., Appellants.—Motion to dismiss appeal granted (see, Matter of North Am. Holding Corp. v Murdock, 6 AD2d 596, 599-600, affd 6 NY2d 902; cf., Matter of Mid-Island Hosp. v Wyman, 15 NY2d 374, 379-380); cross motion for leave to appeal granted; motion granted and respondent's time to file and serve a brief extended to October 3, 1988. Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.

■ DANIEL CASTELLANO, Appellant, v CHASE LINCOLN FIRST BANK, Respondent.—Motion for permission to appeal to Appellate Division denied. (See, CPLR 5703; Ellingsworth v City of Watertown, 113 AD2d 1013.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.